**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-1750**

—————————

In Re: ALAN B. HERMAN,

                                                        Debtor.

_____

ALAN B. HERMAN,

                                        Plaintiff - Appellant,

            versus

SIDNEY L. SYNA,

                                        Defendant - Appellee.

—————————

**No. 97-1751**

—————————

In Re: ALAN B. HERMAN,

                                                        Debtor.

_____

ALAN B. HERMAN,

                                        Plaintiff  - Appellant,

            versus

MARILYN HERMAN,

                                        Defendant - Appellee.

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-96-3489-DKC, BK-94-1-3259-PM, AP-94-1889-PM, CA-96-3490-DKC, AP-94-1890-PM)

---

Submitted: June 23, 1998                    Decided: July 13, 1998

---

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Charles Masselli, MASSELLI & LANE, P.C., Arlington, Virginia, for Appellant. Sidney L. Syna, Marilyn Herman, Appellees Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In appeal No. 97-1750, Appellant appeals from the district court's order affirming the bankruptcy court's determination that sixty percent of the debts owed to his former spouse's attorney were nondischargeable debts in his bankruptcy case. In appeal No. 97-1751, Appellant appeals from the district court's order affirming the bankruptcy court's determination that sixty percent of the debts owed to his former spouse were nondischargeable in bankruptcy. We have reviewed the records and the district court's opinions affirming the decisions of the bankruptcy court and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Herman v. Syna, Nos. CA-96-3489-DKC, BK-94-1-3259-PM, AP-94-1889-PM (D. Md. May 5, 1997); Herman v. Herman, Nos. CA-96-3490-DKC, BK-94-1-3259-PM, AP-94-1890-PM (D. Md. May 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3